IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

FILED

JUL 17 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

_Western_ DIVISION

## Derrick Allen )

_____ )

_____ )

(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

## Raleigh - Durham, )
## International )
## airport et. al. )

_____ )

(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the _complaint_
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. **5:23CV-00378-FL**
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 110 N. Croley St. Unit H Durham, North Carolina 27703; Homeless.

2. Defendant(s)name(s): G2-Secure Staffing

1

Location of principal office(s) of the named defendant(s):

G2 Secure Staffing 2400 Terminal
Boulevard Morrisville, NC 27560

Nature of defendant(s) business: _____

_____

Approximate number of individuals employed by defendant:

an unknown Specified #

3. This action is brought pursuant to Title VII of the Civil
Rights Act of 1964 for employment discrimination. Jurisdiction
is specifically conferred on this court by 42 U.S.C. S 2000e-5.
Equitable and other relief are also sought under 42 U.S.C.
S 20003-5(g).

4. The acts complained of in this suit concern:

(A) __✓__ Failure to employ me.

(B) _____ Termination of my employment.

(C) _____ Failure to promote me.

(D) __✓__ Other acts as specified below:

I was Denied employment due to
inaccurate information derived from
My Criminal Record, and/or For
pending charges for w)Hich I Have
not been Convicted of.

_____

_____

_____

2

5. Plaintiff is:

(A) _____ presently employed by the defendant.

(B) __✓___ not presently employed by the defendant.

The dates of employment were ___N/A_____.

Employment was terminated because:

(1) _N/A__ plaintiff was discharged.

(2) _N/A__ plaintiff was laid off.

(3) _N/A__ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

(A) __✓___ my race.

(B) __✓___ my religion.

(C) __✓___ my sex.

(D) __✓___ my national origin.

(E) __✓___ other as specified below:

AGE, and inaccurate information derived from Background check.

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

I was Never hired, and denied employment because of results from ADP — I am Not a Convicted Felon.

8. The alleged discrimination occurred on or about ___07/05/2023___

----------------------------------------------------------------

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

I was Never employed by G2-Secured Staffing but denied employment after an Background Check returned. I Have not been furnished with the Background check.

----------------------------------------------------------------

10. The alleged illegal activity took place at: _____

----------------------------------------------------------------

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about ___07/05/2023___. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on I HAVE NOT Received a letter waiting for Slot to open to be interviewed.

4

Case 5:23-cv-00378-FL    Document 1    Filed 07/17/23    Page 4 of 5

12. I seek the following relief:

(A) _____ recovery of back pay;

(B) _____ reinstatement to my former job;

(C) \_\_✓\_\_ trial by jury on all issues so triable;

and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

07/05/23
Date

*Derrick Allen*
Signature of Plaintiff

110 N. Croley ST. # H
Durham, N.C. ~~2760~~ 27703
(919) 601-0762
Address and Phone Number of Plaintiff