UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DERRICK ALLEN                                    )
                    Plaintiff,                   )
v.                                               )          **JUDGMENT**
                                                 )          5:23-CV-378-FL
RALEIGH-DURHAM INTERNATIONAL )
AIRPORT and G2 SECURE STAFFING    )
                    Defendants.                  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 19, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on December 19, 2023, and Copies To:**
Derrick Allen  (via CM/ECF notice of electronic filing)

December 19, 2023                          PETER A. MOORE, JR., CLERK


                                              /s/ Sandra K. Collins
                          (By)    Sandra K. Collins, Deputy Clerk